**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00404-REB-MEH

IMPERIAL FINANCE AND TRADING, LLC, a Florida limited liability company, and
IMPERIAL STRUCTURED SETTLEMENTS, LLC, a Florida limited liability company,

     Plaintiffs,

v.

ANYTHING.COM, LTD, a Cayman Islands company, and
JOHN DOE,

     Defendants.

## MINUTE ORDER[1]

     The matter comes before the court on the plaintiff's **Motion For Withdrawal of Entry of Default** [#27] filed September 27, 2010. The motion is **GRANTED** and the clerk's **Entry of Default** [#26] entered September 27, 2010, is **WITHDRAWN**.

     Dated: September 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.