**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**


Civil Action No. 1:10-cv-00404-REB-MEH


IMPERIAL FINANCE AND TRADING, LLC
a Florida Limited Liability Company

and

WASHINGTON SQUARE FINANCIAL, LLC
a Georgia Limited Liability Company

       Plaintiffs,

   v.

ANYTHING.COM, LTD.,
a Cayman Islands company

and

JOHN DOE,
         Defendants.

---

## ORDER OF DISMISSAL

---

     The matter comes before me on the **Stipulation For Dismissal and Proposed Order** [#29] filed September 27, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**:

     1.  That the **Stipulation For Dismissal and Proposed Order** [#29] filed September 27, 2010, is **APPROVED**;

1

2.     That non-party, VeriSign, Inc., will change the current registrar of record for the domain name <imperial.com> to eNom, Inc.;

3.     That eNom, Inc., will push the domain name <imperial.com> into the following user account at eNomCentral: ShulmanImperial2010;

4.     That each of the Parties will bear its own costs and fees;

5.     That the unnamed defendant John Doe is **DISMISSED** from this action;

6.     That this action is **DISMISSED WITH PREJUDICE**; and

7.     That the Court will retain jurisdiction to enforce these terms and the remaining confidential terms of settlement memorized in the Parties' written agreement.

Dated October 1, 2010, at Denver, Colorado.

**BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge